1  MARK EPSTEIN (SBN: 159801)
   PETER C. CATALANOTTI (SBN: 230743)
2  KRISTINA M. WERTZ (SBN: 235441)
   THE EPSTEIN GROUP
3  Attorneys & Counselors at Law
   2358 Market Street, Third Floor
4  San Francisco, CA 94114
   Telephone: (415) 863-5718
5  Facsimile: (415) 863-8719
   email: mepstein@epsteingroup.com
6
   Attorneys for Plaintiff
7  ALVIN GUILLERMO

8  PATRICIA K. GILLETTE (SBN: 74461)
   GREG J. RICHARDSON (SBN: 203788)
9  SARAH E. ARMSTRONG (SBN: 224576)
   HELLER EHRMAN LLP
10 333 Bush Street
   San Francisco, CA 94104-2878
11 Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
12 email: patricia.gillette@hellerehrman.com

13 Attorneys for Defendants
   BANK OF AMERICA AND SHAWNA AGUILAR
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18 ALVIN GUILLERMO,                     | Case No.: C 05 4655 MJJ
                                        | Granted
19                        Plaintiff,    | STIPULATION TO CONTINUE CASE
                                        | MANAGEMENT CONFERENCE AND
20    v.                                | [PROPOSED] ORDER
21 BANK OF AMERICA AND SHAWNA           | Date:    March 21, 2006
   AGUILAR,                             | Time:    2:00 p.m.
22                                      | Dept:    Eleven, 19th Floor
                        Defendants.     | The Honorable Martin J. Jenkins
23
24
25
26
27

Heller
Ehrman LLP  28

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER: CASE No.
C-05-4655MJJ

Defendants Bank of America, National Association and Shawna Aguilar respectfully request that the Case Management Conference set for March 21, 2006, be continued to April 11, 2006, or such other date as the Court finds convenient, for the following reasons:

1. Lead Counsel for Defendant, Patricia Gillette, has a conflict with the March 21, 2006 Case Management Conference date and the Case Management Statement date of March 13, 2006 due to a pre-planned vacation.

2. Counsel for Plaintiff does not object to the short continuance.

3. This is the first continuance sought by either party.

4. Counsel for Plaintiff and Defendants have consulted their schedules and agreed that April 11, 2006 would be the most convenient date for counsel to attend the Case Management Conference. The parties also agree that the Case Management Statement will be filed 10 days prior to the Conference.

February 16, 2006

Respectfully submitted,

THE EPSTEIN GROUP

By: _____
MARK EPSTEIN
PETER C. CATALANOTTI
KRISTINA M. WERTZ

Attorneys for Plaintiff
ALVIN GUILLERMO

February 16, 2006

HELLER EHRMAN LLP

By: Sarah E. Armstrong
PATRICIA K. GILLETTE
GREG J. RICHARDSON
SARAH E. ARMSTRONG

Attorneys for Defendants
BANK OF AMERICA, National Association,
and SHAWNA AGUILAR

Heller
Ehrman LLP

- 1 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE No.
C-05-4655MJJ

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Request for a Continuance of the Case Management Conference is GRANTED. The Case Management Conference is continued to ____April 11_____, 2006, at 2:00 p.m. The parties are ordered to file a Joint Case Management Statement not less than 10 days prior to the Case Management Conference.

DATED: _2/23/2006_____

_____
The Honorable Martin J. Jenkins
UNITED STATES DISTRICT COURT

Heller
Ehrman LLP

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER; CASE No. C-05-4655MJJ