**Mark Epstein, Esq.** SBN: 159801
**Peter C. Catalanotti, Esq.** SBN: 230743
**Kristina M. Wertz, Esq.** SBN: 235441
THE EPSTEIN GROUP
ATTORNEYS & COUNSELORS AT LAW
2358 Market Street, Third Floor
San Francisco, California 94114
Telephone (415) 863-5718
Facsimile (415) 863-8719
e-mail: mepstein@epsteingroup.com

Attorneys for Plaintiff
ALVIN GUILLERMO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN GUILLERMO,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a Delaware corporation; SHAWNA L. AGUILAR; and DOE 1 through DOE 20, inclusive<br><br>        Defendants. | CASE NO. **C-05-4655 MJJ**<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY DEADLINES** |

The Parties stipulate, and the Court hereby orders as follows:

WHEREAS:

1. Designation of expert witness was previously set for October 6, 2006;

2. An exchange of expert reports was previously set for October 20, 2006;

3. The parties believe this case is appropriate for meditation; and,

4. The parties desire to conduct additional non-expert discovery and a mediation prior to incurring the expenses of expert witness;

///
///
///
///
///

The Epstein Group
Attorneys

---

Stipulation and Order Continuing Expert Discovery Deadlines

|   |   |   |
|---|---|---|
| 1 | The parties stipulate to continuing the deadline for the disclosure of expert witnesses to October 20, 2006 and continuing the deadline for the exchange of expert reports to November 27, 2006. | |

1  The parties stipulate to continuing the deadline for the disclosure of expert witnesses to
2  October 20, 2006 and continuing the deadline for the exchange of expert reports to November 27,
3  2006.

5  DATED:     October 12, 2006            THE EPSTEIN GROUP
                                          Attorneys & Counselors at Law

7                                         By:_____/s/_____
                                              MARK EPSTEIN
8                                             PETER C. CATALANOTTI
                                              KRISTINA M. WERTZ
9                                         Attorneys for Plaintiff ALVIN
                                          GUILLERMO

11 DATED:     October 12, 2006            Heller Ehrman, LLP

13                                        By:_____/s/_____
                                              SARAH ARMSTRONG
                                          Attorneys for Defendants

15 THE FOREGOING STIPULATION
   IS APPROVED AND SO ORDERED
16 DATED:     October 13, 2006
17                                        [signature]
                                          Honorable Martin Jenkins
18                                        United States District Judge