MARK EPSTEIN (SBN: 159801)
PETER C. CATALANOTTI (SBN: 230743)
KRISTINA M. WERTZ (SBN: 235441)
THE EPSTEIN GROUP
Attorneys & Counselors at Law
2358 Market Street, Third Floor
San Francisco, CA 94114
Telephone: (415) 863-5718
Facsimile: (415) 863-8719
email: mepstein@epsteingroup.com

Attorneys for Plaintiff
ALVIN GUILLERMO

PATRICIA K. GILLETTE (SBN: 74461)
GREG J. RICHARDSON (SBN: 203788)
SARAH E. ARMSTRONG (SBN: 224576)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
email: patricia.gillette@hellerehrman.com

Attorneys for Defendants
BANK OF AMERICA AND SHAWNA AGUILAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN GUILLERMO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA AND SHAWNA AGUILAR,<br><br>　　　　　　　Defendants. | Case No.: C 05 4655 MJJ<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**<br><br>The Honorable Martin J. Jenkins |

Heller
Ehrman LLP

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER: CASE No. C-05-4655MJJ

By this joint stipulation, Defendants Bank of America, National Association and Shawna Aguilar and Plaintiff Alvin Guillermo, by and through their counsel, respectfully request that the Court amend its Pretrial Order to postpone all pretrial and trial dates by approximately 90 days, for the following reasons:

1. The parties have agreed that mediation is appropriate for this case, and seek to attempt to resolve the matter outside of Court.

2. Plaintiff's counsel has indicated that she would like to depose the individual defendant, Shawna Aguilar, prior to mediation.

3. Ms. Aguilar's deposition was tentatively set for November 6, 2006. However, on October 23, 2006, Plaintiff's counsel's trial in the matter of *Ray v. Ring*, San Francisco Superior Court Case No. 05-444834, was continued to November 6, 2006, so she was unavailable to take Ms. Aguilar's deposition. Due to Plaintiff's counsel's trial schedule and the witness' availability, Ms. Aguilar's deposition could not be scheduled until December 20, 2006.

4. Because of this delay in discovery and because counsel for Defendant is out of town from December 19 – January 9, 2007, this case cannot be scheduled for mediation until late January or early February 2007.

5. If mediation is not successful, Defendant anticipates filing a motion for summary judgment.

6. The current pretrial order sets a discovery cut-off of December 8, 2006. Plaintiff and Defendant agree that discovery necessary to mediation cannot be completed before that date.

7. The parties have previously stipulated to extend, and the Court has extended, the date for expert reports to November 22, 2006. However, the parties agree that such costly reports should be postponed pending mediation.

8. The current pretrial order requires dispositive motions to be heard by January 23, 2007. The parties agree that they should attempt mediation before involving the Court in any dispositive motions.

Heller
Ehrman LLP

- 1 -

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER; CASE No. C-05-4655MJJ

Therefore, the parties request that the Court amend the pretrial order to permit time to complete discovery prior to mediation and to mediate the case in an effort to resolve it outside of Court. The parties request the following amendment to the pretrial order:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | January 31, 2007 |
| Expert Report: | March 16, 2007 |
| Expert Discovery Cutoff: | April 16, 2007 |
| Dispositive Motions Shall be heard by: | May 1, 2007 |
| Trial Date: | Monday, June 4, 2007 |

The parties also request that the settlement conference, currently scheduled for January 25, 2007 with Judge Chen be postponed to sometime during May 2007.

November 7, 2006

Respectfully submitted,
THE EPSTEIN GROUP

By: _____
MARK EPSTEIN
PETER C. CATALANOTTI
KRISTINA M. WERTZ

Attorneys for Plaintiff
ALVIN GUILLERMO

November 7, 2006

HELLER EHRMAN LLP

By: Sarah E. Armstrong
PATRICIA K. GILLETTE
GREG J. RICHARDSON
SARAH E. ARMSTRONG

Attorneys for Defendants
BANK OF AMERICA, National Association,
and SHAWNA AGUILAR

- 2 -

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER; CASE No. C-05-4655MJJ

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Request for an amendment of the Pretrial Order is GRANTED. The Pretrial Order shall be amended as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | January 31, 2007 |
| Expert Report: | March 16, 2007 |
| Expert Discovery Cutoff: | April 16, 2007 |
| Dispositive Motions Shall be heard by: | May 1, 2007 |
| Trial Date: | Monday, June 4, 2007 |
| Pretrial Date: | Tuesday, May 22, 2007 at 3:30 pm |

Furthermore, the settlement conference currently scheduled for January 25, 2007 with Judge Chen will take place in May 2007.

DATED: 12/21/2006

_____
The Honorable Martin J. Jenkins
UNITED STATES DISTRICT COURT

Heller
Ehrman LLP

- 3 -

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER; CASE No. C-05-4655MJJ