MARK EPSTEIN (SBN: 159801)
PETER C. CATALANOTTI (SBN: 230743)
KRISTINA M. WERTZ (SBN: 235441)
THE EPSTEIN GROUP
Attorneys & Counselors at Law
2358 Market Street, Third Floor
San Francisco, CA  94114
Telephone:  (415) 863-5718
Facsimile:  (415) 863-8719
email:  mepstein@epsteingroup.com

Attorneys for Plaintiff
ALVIN GUILLERMO

PATRICIA K. GILLETTE (SBN: 74461)
GREG J. RICHARDSON (SBN: 203788)
SARAH E. ARMSTRONG (SBN: 224576)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile: (415) 772-6268
email:  patricia.gillette@hellerehrman.com

Attorneys for Defendants
BANK OF AMERICA AND SHAWNA AGUILAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN GUILLERMO,<br><br>                                  Plaintiff,<br><br>       v.<br><br>BANK OF AMERICA AND SHAWNA AGUILAR,<br><br>                                  Defendants. | Case No.: C 05 4655 MJJ<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**<br><br>The Honorable Martin J. Jenkins |

Heller
Ehrman LLP

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER: CASE No. C-05-4655MJJ

- 1 –

By this joint stipulation, Defendants Bank of America, National Association and Shawna Aguilar and Plaintiff Alvin Guillermo, by and through their counsel, respectfully request that the Court amend its Pretrial Order to postpone all pretrial dates by approximately 45 days, for the following reasons:

1. The parties have agreed that mediation is appropriate for this case, and seek to attempt to resolve the matter outside of Court.

2. The parties stipulated to use the Court's ADR program, and have been scheduled to mediate the case on March 22, 2007 with Yolanda Jackson, Esq.

3. The parties do not wish to waste resources on expert reports or motion practice prior to mediating the case.

4. If mediation is not successful, Defendant anticipates filing a motion for summary judgment. The parties agree that they should attempt mediation before involving the Court in any dispositive motions.

5. The parties previously stipulated to extending certain deadlines in the case, although the trial date has not been moved. This Court granted the parties' request on December 21, 2006.

6. Under the current pretrial order:

- Expert reports are due to be exchanged on March 16;
- Dispositive motions must be filed by March 27, 2007 (to be heard by May 1, 2007);
- Expert discovery cutoff is April 16, 2007;
- A settlement conference is scheduled with Magistrate Judge Chen on May 18, 2007; and
- Trial is scheduled for June 4, 2007.

7. Because they are unable to mediate the case until late March, the parties hereby request that this Court enter an Order extending the deadline for expert reports, expert discovery, and the final date by which dispositive motions must be heard.

8. Therefore, the parties request that the Court amend the pretrial order to permit time to mediate the case in an effort to resolve it outside of Court. By this stipulation, the parties

Heller
Ehrman LLP

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER; CASE No. C-05-4655MJJ

request that all pretrial deadlines are changed, but the trial date remains the same.  The parties request the following amendment to the pretrial order:

| | |
|---|---|
| Expert Reports: | April 13, 2007 |
| Expert Discovery Cutoff: | May 4, 2007 |
| Dispositive Motions Shall he heard by: | May 22, 2007 |

March 8, 2007                                  Respectfully submitted,
                                                              THE EPSTEIN GROUP


                                                              By: __/s/ Kristina M. Wertz_____
                                                              MARK EPSTEIN
                                                              PETER C. CATALANOTTI
                                                              KRISTINA M. WERTZ

                                                              Attorneys for Plaintiff
                                                              ALVIN GUILLERMO


March 8, 2007                                  HELLER EHRMAN LLP

                                                              By: ____/s/ Sarah E. Armstrong_____
                                                              PATRICIA K. GILLETTE
                                                              GREG J. RICHARDSON
                                                              SARAH E. ARMSTRONG
                                                              Attorneys for Defendants
                                                              BANK OF AMERICA, National Association,
                                                              and SHAWNA AGUILAR

- 3 –

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Request for an amendment of the Pretrial Order is GRANTED. The Pretrial Order shall be amended as follows:

| | |
|---|---|
| Expert Report: | April 13, 2007 |
| Expert Discovery Cutoff: | May 4, 2007 |
| Dispositive Motions Shall he heard by: | May 22, 2007 |

DATED: 3/9/2007

_____
The Honorable Martin J. Jenkins
UNITED STATES DISTRICT COURT

Heller Ehrman LLP

- 3 –
STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER; CASE No. C-05-4655MJJ