| | |
|---|---|
| 1 | MARK EPSTEIN (SBN: 159801) |
| | PETER C. CATALANOTTI (SBN: 230743) |
| 2 | KRISTINA M. WERTZ (SBN: 235441) |
| | THE EPSTEIN GROUP |
| 3 | Attorneys & Counselors at Law |
| | 2358 Market Street, Third Floor |
| 4 | San Francisco, CA 94114 |
| | Telephone: (415) 863-5718 |
| 5 | Facsimile: (415) 863-8719 |
| | email: mepstein@epsteingroup.com |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | ALVIN GUILLERMO |
| 8 | PATRICIA K. GILLETTE (SBN: 74461) |
| | GREG J. RICHARDSON (SBN: 203788) |
| 9 | SARAH E. ARMSTRONG (SBN: 224576) |
| | HELLER EHRMAN LLP |
| 10 | 333 Bush Street |
| | San Francisco, CA 94104-2878 |
| 11 | Telephone: (415) 772-6000 |
| | Facsimile: (415) 772-6268 |
| 12 | email: patricia.gillette@hellerehrman.com |
| 13 | Attorneys for Defendants |
| | BANK OF AMERICA AND SHAWNA AGUILAR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALVIN GUILLERMO,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA AND SHAWNA AGUILAR,<br><br>    Defendants. | Case No.: C 05 4655 MJJ<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>The Honorable Martin J. Jenkins |

Heller Ehrman LLP

By this joint stipulation, Defendants Bank of America, National Association and Shawna Aguilar and Plaintiff Alvin Guillermo, by and through their counsel, notify the Court that the parties have resolved this matter outside of court. The parties therefore respectfully request that the Court dismiss Plaintiff's lawsuit with prejudice in its entirety and close this case.

March 20, 2007

Respectfully submitted,
THE EPSTEIN GROUP

By: _____
MARK EPSTEIN
PETER C. CATALANOTTI
KRISTINA M. WERTZ

Attorneys for Plaintiff
ALVIN GUILLERMO

March 20, 2007

HELLER EHRMAN LLP

By: Sarah E. Armstrong
PATRICIA K. GILLETTE
GREG J. RICHARDSON
SARAH E. ARMSTRONG

Attorneys for Defendants
BANK OF AMERICA, National Association,
and SHAWNA AGUILAR

Heller Ehrman LLP

- 1 -

STIPULATION TO DISMISS CASE WITH PREJUDICE; CASE No. C-05-4655MJJ

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Plaintiff's lawsuit be dismissed with prejudice in its entirety. This case is now closed.

DATED: 3/26/2007

*[signature]*

The Honorable Martin J. Jenkins
UNITED STATES DISTRICT COURT